**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1196**

_____

DONALD F. KING, Trustee,

Plaintiff - Appellee,

v.

MARY ELLA JOHNSON,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:23-cv-00672-MSN-LRV)

_____

Submitted:  April 10, 2025                    Decided:  April 14, 2025

_____

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Mary Ella Johnson, Appellant Pro Se.   Donald F. King, ODIN FELDMAN & PITTLEMAN, PC, Reston, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Ella Johnson appeals the district court's order dismissing her appeal from the bankruptcy court's order granting summary judgment in favor of the bankruptcy trustee. We dismiss the appeal as moot.

Johnson filed a notice of appeal to the district court from the bankruptcy court's summary judgment order and separately noted an appeal from the bankruptcy court's denial of her motion for reconsideration of the summary judgment order. The district court dismissed the appeal from the summary judgment order on procedural grounds but subsequently considered the merits of the summary judgment order as well as the bankruptcy court's denial of reconsideration and affirmed both orders. Because Johnson has obtained the relief she seeks in this appeal—namely, a merits review by the district court of the bankruptcy court's order granting summary judgment in favor of the bankruptcy trustee—her appeal is moot. *See Williams v. Ozmint*, 716 F.3d 801, 809 (4th Cir. 2013) ("A change in factual circumstances can moot a case on appeal, such as when the plaintiff receives the relief sought."). Accordingly, although we grant the Trustee's motion to file a surreply brief, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*